# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli

81 Prospect Street, Suite 8001
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: david@iLawco.com

January 7, 2021

**VIA ECF**
Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> The application is GRANTED. The initial pre-trial conference scheduled for February 18, 2021, at 11:00 a.m., is **adjourned** sine die, and this case is **stayed** pending resolution of Plaintiff's motion to compel Yelp, Inc. to comply with Plaintiff's subpoena seeking to identify the John Doe Defendant. Within **30 days** of the date of this Order, and every **30 days** thereafter, Plaintiff shall file a letter apprising the Court of the status of its motion.
>
> SO ORDERED
>
> Dated:  January 11, 2021
>             New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

*Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC
v. John Doe*, Civil Action No. 1:20-cv-06329-LGS-JPO

Dear Judge Schofield:

    I am counsel for Dr. Muhammad Mirza and Allied Medical Diagnostic Services, LLC ("Plaintiffs") and write to provide the Court with a status update per the Order dated November 9, 2020 (ECF Doc. No. 11).

    As discussed in my letter dated December 8, 2020 (ECF Doc No. 12), Plaintiffs provided Yelp.com additional information and illustrative case law regarding its defamation per se cause of action. Despite additional efforts by Plaintiffs, Yelp.com has refused to provide the subscriber information for Defendant John Doe. Plaintiffs intend to make a motion in the Northern District of California, where Yelp.com is located, to enforce the subpoena. Accordingly, we request that the Court stay this instant action until Plaintiffs' motion is decided and have Plaintiffs provide status updates to this Court every thirty (30) days.

    I thank the Court for its attention to this matter.

Respectfully submitted,

LEWIS & LIN, LLC

LEWIS & LIN LLC

David D. Lin