# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli

81 Prospect Street, Suite 8001
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: david@iLawco.com

February 10, 2021

**<u>VIA ECF</u>**
Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC*
*v. John Doe*, Civil Action No. 1:20-cv-06329-LGS-JPO

Dear Judge Schofield:

    I am counsel for Dr. Muhammad Mirza and Allied Medical Diagnostic Services, LLC ("Plaintiffs") and write to provide the Court with a status update per the Order dated January 11, 2021 (ECF Doc. No. 14) regarding its motion to enforce the subpoena on Yelp.com.

    Plaintiffs have retained local counsel in California, the Law Offices of James Zhou, and anticipate filing the motion within a week's time. If the Court requests, Plaintiffs can inform the Court at the time the motion is filed.

    I thank the Court for its attention to this matter.

Respectfully submitted,

LEWIS & LIN, LLC

David D. Lin