# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli

81 Prospect Street, Suite 8001
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: david@iLawco.com

March 12, 2021

**VIA ECF**
Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC
v. John Doe*, Civil Action No. 1:20-cv-06329-LGS-JPO

Dear Judge Schofield:

    I am counsel for Dr. Muhammad Mirza and Allied Medical Diagnostic Services, LLC ("Plaintiffs") and write to provide the Court with a status update per the Order dated January 11, 2021 (ECF Doc. No. 14) regarding its motion to enforce the subpoena on Yelp.com (the "Motion").

    In Plaintiffs' last status update Plaintiffs' informed the Court that they had retained local counsel in California (ECF Doc. No. 14). Unfortunately, Plaintiffs had to seek new local counsel. On March 2, 2021, Plaintiffs retained Nichani Law Firm. Plaintiffs and local counsel are working diligently to file the Motion in the coming week.

    I thank the Court for its attention to this matter.

Respectfully submitted,

LEWIS & LIN, LLC

David D. Lin