# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli
Yuanjun Zhu

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: David@iLawco.com

April 9, 2021

**VIA ECF**
Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC v. John Doe*, Civil Action No. 1:20-cv-06329-LGS-JPO

Dear Judge Schofield:

    I am counsel for Dr. Muhammad Mirza and Allied Medical Diagnostic Services, LLC ("Plaintiffs") and write to provide the Court with a status update per the Order dated January 11, 2021 (ECF Doc. No. 14) regarding its motion to enforce the subpoena on Yelp.com (the "Motion").

    On April 8, 2021, Plaintiffs filed its motion to enforce the subpoena on Yelp.com in the Northern District of California (Case No. 3:21-mc-80077-TSH). Judge Thomas S. Hixson set a hearing date on the motion for May 13, 2021.

    I thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    LEWIS & LIN, LLC

David D. Lin