# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

Michael D. Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli
Yuanjun Zhu

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: David@iLawco.com

May 11, 2021

**VIA ECF**
Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC v. John Doe*, Civil Action No. 1:20-cv-06329-LGS-JPO

Dear Judge Schofield:

      I am counsel for Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC ("Plaintiffs") and write to provide the Court with a status update per the Order dated January 11, 2021 (ECF Doc. No. 14) regarding its motion to enforce the subpoena on Yelp.com (the "Motion").

      The Motion is fully briefed. On April 22, 2021 a motion to transfer the Motion was filed (the "Motion to Transfer"). Judge Thomas S. Hixson adjourned the hearing date for the Motion from May 13, 2021 until June 3, 2021. A hearing on the Motion to Transfer will take place on that date as well.

      I thank the Court for its attention to this matter.

Respectfully submitted,

LEWIS & LIN, LLC

David D. Lin