# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin

—

Michael D. Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli
Yuanjun Zhu

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

Writer's email: David@iLawco.com

June 10, 2021

**VIA ECF**
Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> *Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC*
> *v. John Doe*, Civil Action No. 1:20-cv-06329-LGS-JPO

Dear Judge Schofield:

I am counsel for Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC ("Plaintiffs") and write to provide the Court with a status update per the Order dated January 11, 2021 (ECF Doc. No. 14) regarding its motion to enforce the subpoena on Yelp.com (the "Motion").

On May 25, 2021, Judge Thomas S. Hixson vacated the hearing on the Motion and Motion to Transfer that was scheduled for June 3, 2021. Both motions are under submission.

I thank the Court for its attention to this matter.

Respectfully submitted,

LEWIS & LIN, LLC

# LEWIS & LIN LLC

David D. Lin