# LEWIS & LIN LLC

Brett E. Lewis
David D. Lin
—
Michael D. Cilento
Roberto Ledesma
Justin Mercer
Lauren Valli

77 Sands Street, 6th Floor
Brooklyn, NY 11201

Tel: (718) 243-9323
Fax: (718) 243-9326

www.iLawco.com

> By **November 24, 2021**, Plaintiffs shall file a letter updating the Court on the status of the search and whether they plan to file an amended complaint.
>
> SO ORDERED.
>
> Dated: September 2, 2021
>       New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

September 1, 2021

**VIA ECF**
Judge Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    *Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC*
    *v. John Doe*, Civil Action No. 1:20-cv-06329-LGS-JPO

Dear Judge Schofield:

    I am counsel for Dr. Muhammad Mirza and Allied Medical and Diagnostic Services, LLC ("Plaintiffs") and write to provide the Court with a update per the Order dated August 25, 2021 (ECF Doc. No. 23 in Case No. 1:21-mc-00621-LGS) regarding Plaintiffs' further action in identifying the John Doe defendant in the above referenced action.

    Plaintiffs respectfully request an additional 90 days to amend the complaint naming the John Doe defendant and serving the same. Plaintiffs expect to conduct a further search of their own business records and other sources to identify the defendant.

    I thank the Court for its attention to this matter.

                              Respectfully submitted,

                              LEWIS & LIN, LLC

                              *[signature]*
                              David D. Lin